1  CHRISTOPHER B. HOCKETT (Bar No. 121539)
   NEAL A. POTISCHMAN (Bar No. 254862)
2  SANDRA WEST (Bar No. 250389)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  chris.hockett@dpw.com

6  Attorneys for Defendant
   T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MILTON CARDOZA, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No.: CV08-5120 SC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

WHEREAS, Plaintiff filed his complaint in the above-titled action on November 10, 2008;

WHEREAS, Plaintiff served Defendant T-Mobile USA, Inc. ("T-Mobile") with the complaint on December 2, 2008;

WHEREAS, T-Mobile currently has until December 22, 2008 to respond to the complaint;

WHEREAS, because of the upcoming holidays, defense counsel need additional time to prepare responsive papers and plaintiffs' counsel have agreed to afford defense counsel such additional time;

WHEREAS, this is T-Mobile's first request for an extension of time to respond to the complaint filed in this matter; and

WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by Court order;

1       IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective

2 counsel of record, pursuant to Local Rule 6-1(a), that the time for T-Mobile to move to dismiss,

3 answer, or otherwise respond to the complaint filed in this matter be extended to January 16, 2009.

4

5 Dated: December 19, 2008               DAVIS POLK & WARDWELL

6

7                                       By: /s/ _____

8                                           Christopher B. Hockett

9                             Attorneys for Defendant T-Mobile

10

11 Dated: December 18, 2008               LAW OFFICE OF PETER FREDMAN

12

13                                       By: /s/ _____

14                                             Peter B. Fredman

15                             Attorneys for Plaintiff

16

17                                 *    *    *

18    IT IS SO ORDERED.

19 Dated December 19, 2008

20                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Samuel Conti*