1  CHRISTOPHER B. HOCKETT (Bar No. 121539)
   NEAL A. POTISCHMAN (Bar No. 254862)
2  SANDRA WEST (Bar No. 250389)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  chris.hockett@dpw.com

6  Attorneys for Defendant
   T-MOBILE USA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | MILTON CARDOZA, on Behalf of Himself ) Case No.: CV08-5120 SC
   | and Others Similarly Situated,       )
12 |                                       ) STIPULATION AND [PROPOSED]
   |                    Plaintiffs,        ) ORDER EXTENDING TIME TO
13 |                                       ) RESPOND TO COMPLAINT
   |         v.                            )
14 |                                       )
   | T-MOBILE USA, INC.,                   )
15 |                                       )
   |                    Defendant.         )
16 |_____)

17

18     WHEREAS, Plaintiff filed his complaint in the above-titled action on November 10, 2008;

19     WHEREAS, Plaintiff served Defendant T-Mobile USA, Inc. ("T-Mobile") with the

20  complaint on December 2, 2008;

21     WHEREAS, T-Mobile originally had until December 22, 2008 to respond to the complaint;

22     WHEREAS, on December 19, 2008, the parties stipulated that the time to respond to the

23  complaint would be extended to January 16, 2009;

24     WHEREAS, T-Mobile intends to file, on or before January 16, 2009, a motion to transfer to

25  the Western District of Washington or, in the alternative, to dismiss or stay the instant action on the

26  same grounds (the "Motion to Transfer");

27

28

1   WHEREAS, the parties have agreed that T-Mobile's time to answer, move to dismiss under
2   Federal Rule of Civil Procedure 12, or otherwise respond to the complaint should be extended until
3   the Court has ruled on the Motion to Transfer; and

4   WHEREAS, the requested extension will not alter the date of any event or deadline already
5   fixed by Court order;

6   IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective
7   counsel of record, pursuant to Civil Local Rule 6-1(a), to an extension of time for T-Mobile to
8   answer, move to dismiss under Rule 12, or otherwise respond to the complaint filed in this matter
9   until 30 days after the Court has ruled on T-Mobile's Motion to Transfer.

Dated: January 14, 2009        DAVIS POLK & WARDWELL

By:    /s/ Christopher B. Hockett
              Christopher B. Hockett

Attorneys for Defendant T-Mobile

Dated: January 14, 2009        LAW OFFICE OF PETER FREDMAN

By:    /s/ Peter B. Fredman
              Peter B. Fredman

Attorneys for Plaintiff

\*   \*   \*

IT IS SO ORDERED.

Dated January 15, 2009

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti