| | |
|---|---|
| 1 | CHRISTOPHER B. HOCKETT (Bar No. 121539)<br>NEAL A. POTISCHMAN (Bar No. 254862) |
| 2 | SANDRA WEST (Bar No. 250389)<br>DAVIS POLK & WARDWELL |
| 3 | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 4 | Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111 |
| 5 | chris.hockett@dpw.com |
| 6 | Attorneys for Defendant<br>T-MOBILE USA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MILTON CARDOZA, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No.: CV08-5120 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO WAIVE ARGUMENT ON T-MOBILE'S MOTION TO TRANSFER AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

WHEREAS, Plaintiff filed his complaint in the above-titled action on November 10, 2008;

WHEREAS, on January 15, 2009, the Court "so ordered" the parties' stipulation and agreement that T-Mobile's time to answer, move to dismiss under Federal Rule of Civil Procedure 12, or otherwise respond to the complaint be extended until the Court has ruled on T-Mobile's motion to transfer this action to the Western District of Washington or, in the alternative, to dismiss or stay the instant action on the same grounds (the "Motion to Transfer")

WHEREAS, on January 16, 2009, T-Mobile filed its Motion to Transfer;

WHEREAS, on February 9, 2009, Plaintiff filed his opposition to the Motion to Transfer;

WHEREAS, T-Mobile will file its reply in further support of the Motion to Transfer by February 20, 2009, at which time the motion will be fully briefed;

1   WHEREAS, oral argument on the Motion to Transfer is currently scheduled for
2   March 6, 2009 before this Court; and
3   WHEREAS, an initial case management conference is also scheduled for March 6, 2009;
4   IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective
5   counsel of record, that
6   1. The parties waive oral argument on the Motion to Transfer and submit the motion on
7   the papers; and
8   2. The parties request that the initial case management conference currently set for
9   March 6, 2009 be continued to April 3, 2009, as the parties believe that the Motion to Transfer
10  should be decided before the Court and parties address case management issues.

Dated: February 18, 2009            DAVIS POLK & WARDWELL

                                    By: _____/s/ Christopher B. Hockett_____
                                             Christopher B. Hockett

                                    Attorneys for Defendant T-Mobile


Dated: February 18, 2009            LAW OFFICE OF PETER FREDMAN

                                    By: _____/s/ Peter B. Fredman_____
                                             Peter B. Fredman

                                    Attorneys for Plaintiff


                        *       *       *

IT IS SO ORDERED.

Dated February 19, 2009             _____
                                    UNITED STATES DISTRICT JUDGE
                                    Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER TO WAIVE ARGUMENT
ON T-MOBILE'S MOTION TO TRANSFER AND TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE - No. CV08-5120 SC

## ATTESTATION

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this Stipulation and [Proposed] Order to Waive Argument on T-Mobile's Motion to Transfer and to Continue Initial Case Management Conference from the other signatory whose signature is indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Christopher B. Hockett<br>
Christopher B. Hockett