THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILTON CARDOZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>Defendant. | No. 2:09-cv-00378-RSM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff filed his complaint in the above-titled action in the U.S. District Court for the Northern District of California on November 10, 2008 (the "Complaint");

WHEREAS, the above-titled action was transferred to this District by order of the Hon. Samuel Conti dated March 18, 2009;

WHEREAS, T-Mobile currently has until April 17, 2009 to answer, move to dismiss under Federal Rule of Civil Procedure 12, or otherwise respond to the Complaint, pursuant to a prior stipulation between the parties;

WHEREAS, T-Mobile's motion to dismiss the complaint filed in a related action, Barahona, et al. v. T-Mobile USA, Inc., No. 08-cv-1631-RSM (the "Barahona Motion"), is currently pending before this Court;

WHEREAS, the parties have agreed that T-Mobile's time to answer, move to dismiss under Rule 12, or otherwise respond to the Complaint should be extended until after the Court has ruled on the Barahona Motion; and

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT [2:09-CV-00378-RSM] - 1
Seattle-3517308.1 0054186-00038

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel of record, to an extension of time for T-Mobile to answer, move to dismiss under Rule 12, or otherwise respond to the Complaint until 30 days after the Court has ruled on the <u>Barahona</u> Motion.

Dated: April 2, 2009     DAVIS POLK & WARDWELL

By: _____
Neal A. Potischman, *Admitted pro hac vice*

Attorneys for Defendant T-Mobile

Dated: April 2, 2009     LAW OFFICE OF PETER FREDMAN

By: _____
Peter B. Fredman

Attorneys for Plaintiff

\*   \*   \*

IT IS SO ORDERED.

Dated: April 6, 2009

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT [2:09-CV-00378-RSM] - 2
Seattle-3517308.1 0054186-00038

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*