IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILTON CARDOZA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Case No. C09-0378RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: The parties are directed to file a Status Report in this matter no later than **February 28, 2018**, advising the Court of the status of this matter.

DATED this 15th day of February, 2018.

                      WILLIAM McCOOL, Clerk

                      By:    /s/ Paula McNabb
                              Deputy Clerk

MINUTE ORDER– 1