UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILTON CARDOZA, individually and on behalf of all other similarly situated,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:09-cv-00378-RSM

**ORDER OF DISMISSAL**

This matter comes before the Court *sua sponte.* On March 19, 2025, the Court issued an order lifting the stay in this case and ordering Plaintiff to show cause, no later than April 21, 2025, why this case should not be dismissed under Fed. R. Civ. P. 41(b) and LCR 41(b)(1).  Dkt. #67. Plaintiff has not filed a timely response.  The Court finds that Plaintiff is neither prosecuting this case nor apparently in contact with his counsel.  *See* Dkt. #66.

Accordingly, having considered the entire record in this case, the Court hereby FINDS and ORDERS that Plaintiff's claims are DISMISSED for failure to prosecute. This case is CLOSED.

DATED this 24th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1